Jennie Dittman, Respondent, *v.* Earl J. Davis et al., Defendants; All States Freight, Inc., Appellant-Respondent, and Burchard B. Hawk et al., Appellants.

Helen Rutishauser, Respondent, *v.* Earl J. Davis et al., Defendants, and All States Freight, Inc., et al., Appellants.

Argued April 7, 1949; decided April 20, 1949.

*Lewis M. Mullarkey* and *Ira H. Michael* for Middle Atlantic Transportation Co., Inc., and another, appellants.

*James Conboy* and *James S. Carter* for All States Freight, Inc., appellant-respondent.

*William J. Crangle, Jr.,* for Helen Rutishauser, respondent.

*Floyd J. Reinhart* for Jennie Dittman, respondent.

In each action: Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.